WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elseddig Musa, | No. CV-24-03055-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Cash Time Loan Center, | |
| Defendant. | |

On November 14, 2024, this Court ordered Plaintiff, pro se, to either amend or supplement the complaint to show that this Court has federal subject matter jurisdiction over this case. (Doc. 5 at 1-3). Plaintiff failed to respond to the Court's November 14, 2024 order, and the deadline to do so (December 5, 2024) has passed. Accordingly,

**IT IS ORDERED** that this case is dismissed, without prejudice, for lack of jurisdiction, and the Clerk of the Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that the motion to proceed in forma pauperis (Doc. 2) is denied as moot.

Dated this 9th day of December, 2024.

James A. Teilborg
Senior United States District Judge